Argued May 16, reversed and remanded for new trial May 22, 1978

STATE OF OREGON, *Respondent,*

*v.*

ELIAS DELEON PALACIOS, *Appellant.*

(No. C 76-09-13160, CA 9423)

578 P2d 506

Mark Birge, Certified Law Student, Salem, argued the cause for appellant. With him on the brief were Gary D. Babcock, Public Defender, and Thomas J. Crabtree, Deputy Public Defender, Salem.

William F. Nessly, Jr., Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Al J. Laue, Solicitor General, Salem.

Before Schwab, Chief Judge, and Lee, Richardson and Joseph, Judges.

PER CURIAM.

Reversed and remanded for new trial. *State v. Thayer,* 32 Or App 193, 573 P2d 758 (1978).